UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE JOSE ELENITA, | No. C 11-00139 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| EMC MORTGAGE CORP., | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on April 22, 2011, before this Court in the above-entitled case.

IT IS HEREBY ORDERED that counsel for Plaintiff, Kenneth Graham, shall appear, in person, on **April 29, 2011, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why he should not be sanctioned for failure to appear as ordered at the case management conference on April 22, 2011.

IT IS SO ORDERED.

Dated:  April 25, 2011

JOSEPH C. SPERO
United States Magistrate Judge